TIMOTHY J. CAVAN
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Box 3200
Billings, MT 59101
Phone: (406) 247- 4674
Fax: (406) 657-6058
E-mail: Tim.Cavan@usdoj.gov

ATTORNEY FOR DEFENDANT
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| JOHN RAEMAEKER and KAREN RAEMAEKER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 11-13-H-DWM <br><br> **STIPULATION FOR DISMISSAL** |

  IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, acting by and through their respective counsel of record, that the claims of plaintiffs, John Raemaeker and Karen Raemaeker,

against defendant, United States, may be dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

**DATED** this 5th day of September, 2012.

> **CONNER & PINSKI, PLLP**
>
> **/s/ Dennis P. Conner**
> **Attorney for Plaintiffs**
>
> **MICHAEL W. COTTER**
> **United States Attorney**
>
> **/s/ Timothy J. Cavan**
> **Assistant U.S. Attorney**
> **Attorney for Defendant**